IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

**GRANTED**

Responses are due within 10 days of the date of this Order.

*PATRICK MICHAEL DUFFY*
United States District Judge

| | |
|---|---|
| THOMAS J. HARRIS AND WANDA O. HARRIS, Individually and in their Representative Capacities,<br><br>Plaintiffs,<br><br>v.<br><br>SAND CANYON CORPORATION, f/k/a OPTION ONE MORTGAGE CORPORATION,<br><br>Defendant. | Civil Action No. 2:08-CV-03692-PMD<br><br>January 12, 2010<br><br>**DEFENDANT'S MOTION TO COMPEL PLAINTIFFS TO RESPOND TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Defendant Sand Canyon Corporation, f/k/a Option One Mortgage Corporation ("Sand Canyon"), hereby files its Motion to Compel Plaintiffs Thomas J. Harris and Wanda O. Harris (collectively "Plaintiffs") to respond to Sand Canyon's First Set of Requests for Production of Documents. In support of its Motion, Sand Canyon shows the Court:

1. This Court entered a Scheduling Order on November 20, 2008, which was subsequently modified on August 26, 2009. Under the terms of the Amended Scheduling Order, Sand Canyon served Plaintiffs with its First Set of Interrogatories to Plaintiffs (the "Interrogatories") and its First Set of Requests for Production of Documents to Plaintiff (the "Production Requests") (collectively, the "Written Discovery Requests"). A copy of the Production Requests is attached hereto as Exhibit A.

2. Pursuant to Rule 6(d) of the Federal Rules of Civil Procedure, Plaintiffs' deadline for responding to the Written Discovery Requests was on or about October 5, 2009. Sand Canyon received Plaintiffs' answers to the Interrogatories on October 22,